ART HASAN, CA Bar No. 167323
AHasan@lrrc.com
KATHERINE L. QUIGLEY
KQuigley@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
655 N. Central Avenue, Suite 2300
Glendale, California 91203-1445
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

D. STUART BARTOW, CA Bar No. 233107
SBartow@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
4300 Bohannon Drive, Suite 230
Menlo Park, California 94025
Telephone: (650) 687-8443
Facsimile: (650) 391-1395

Attorneys for Plaintiff, EMCORE Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LA CV18 08077 RSWL-JEMx

| EMCORE CORPORATION, a New Jersey Corporation, | Case No. |
|---|---|
| Plaintiff, | **APPLICATION TO FILE CASE UNDER SEAL** |
| vs. | |
| PHOENIX NAVIGATION COMPONENTS, LLC, a Massachusetts Limited Liability Company, | |
| Defendant. | |

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5, Plaintiff EMCORE Corporation ("EMCORE") hereby files this Application seeking an order allowing it to file under seal its Complaint for Declaratory Judgement (hereafter "the Complaint"), which is comprised of the following documents:

    1.    Complaint for Declaratory Judgment with Exhibits 1 and 2

    2.    Civil Cover Sheet



    3.    Plaintiff's Corporate Disclosure Statement

    4.    Certification and Notice of Interested Parties

    5.    Report on the Filing or Determination of an Action Regarding a Patent or Trademark

    6.    Summons in a Civil Action.

Plaintiff's Complaint contains information that Defendant, Phoenix Navigation Components, LLC ("Phoenix"), has alleged is highly confidential and proprietary, and subject to a confidentiality agreement between the parties. For example, the figure shown in Paragraph 17 of the Complaint described as "EMP-1 (Proto FOG) Design Review", and all references thereto, are alleged to be highly confidential and proprietary by Phoenix. Further, the Complaint references and incorporates as Exhibit 2, a pleading from a private arbitration proceeding between the parties, the subject matter of which Defendant alleges centers around its highly confidential trade secrets. Defendant has designated the pleading filed in the arbitration "HIGHLY CONFIDENTIAL."

Accordingly, good cause exists for filing the Complaint and associated documents under seal, and EMCORE respectfully requests the same.

DATED: September 17, 2018

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By _____
Art Hasan

Attorneys for Plaintiff,
EMCORE Corporation

106040732_1