ORIGINAL

LODGED
CLERK.U.S. DISTRICT COURT

SEP 18 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Lewis Roca
ROTHGERBER CHRISTIE

655 North Central Avenue
Suite 2300
Glendale, CA 91203-1445

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LACV18 08077-RSWL-JEMx

EMCORE CORPORATION, a New
Jersey Corporation,

    Plaintiff,

  vs.

PHOENIX NAVIGATION
COMPONENTS, LLC, a
Massachusetts Limited Liability
Company,

    Defendant.

Case No.

[PROPOSED] ORDER
GRANTING PLAINTIFF'S
APPLICATION TO FILE CASE
UNDER SEAL

    This matter came before the Court on Plaintiff EMCORE Corporation's Application to File Case Under Seal.

    For good cause shown, IT IS HEREBY ORDERED that the above-captioned case, comprised of the following documents, is to be filed under seal pursuant to Local Rule 79-5.2.1(a).ii:

    1.    Complaint for Declaratory Judgment with Exhibits 1 and 2

    2.    Civil Cover Sheet

-1-



106040895_1

3.     Plaintiff's Corporate Disclosure Statement

4.     Certification and Notice of Interested Parties

5.     Report on the Filing or Determination of an Action Regarding a
Patent or Trademark

6.     Summons in a Civil Action.

DATED: _____     _____

District Court Judge

-2-

106040895_1