

1  ART HASAN, CA Bar No. 167323
   AHasan@lrrc.com
2  KATHERINE L. QUIGLEY
   KQuigley@lrrc.com
3  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   655 N. Central Avenue, Suite 2300
4  Glendale, California 91203-1445
   Telephone: (626) 795-9900
5  Facsimile: (626) 577-8800

6  D. STUART BARTOW, CA Bar No. 233107
   SBartow@lrrc.com
7  LEWIS ROCA ROTHGERBER CHRISTIE LLP
   4300 Bohannon Drive, Suite 230
8  Menlo Park, California 94025
   Telephone: (650) 687-8443
9  Facsimile: (650) 391-1395

10 Attorneys for Plaintiff, EMCORE Corporation

LA CV18 08077-RSWL-JEM x

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMCORE CORPORATION, a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHOENIX NAVIGATION COMPONENTS, LLC, a Massachusetts Limited Liability Company,<br><br>Defendant. | Case No.<br><br>**DECLARATION OF ART HASAN IN SUPPORT OF APPLICATION TO FILE CASE UNDER SEAL** |

I, Art Hasan, declare and state as follows:

1.   I am a partner with Lewis Roca Rothgerber Christie LLP and attorney for Plaintiff EMCORE Corporation ("EMCORE"). I submit this declaration in support of the Application to File Case Under Seal. I have personal

-1-



knowledge of the matters set forth in this declaration, and if called upon to testify as a witness, I could and would competently testify.

2. EMCORE seeks to file under seal its Complaint for Declaratory Judgment and all associated initiating documents because the Complaint references statements and diagrams (for example Paragraph 17) that Defendant has alleged are highly confidential and proprietary trade secrets subject to a confidentiality agreement between the parties.

3. The Complaint also references and includes as Exhibit 2 a pleading in a private arbitration proceeding between the parties that Defendant Phoenix Navigation Components, LLC ("Phoenix") has designated as "HIGHLY CONFIDENTIAL".

4. Based on the foregoing, EMCORE submits that good cause exists for filing this case under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing us true and correct to the best of my knowledge and belief.

Executed this 17th day of September 2018 at Glendale, California.

_____
Art Hasan

106040760_1