# DENIED
BY ORDER OF THE COURT

LODGED
CLERK, U.S. DISTRICT COURT
SEP 18 2018
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMCORE CORPORATION, a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHOENIX NAVIGATION COMPONENTS, LLC, a Massachusetts Limited Liability Company,<br><br>Defendant. | Case No. LACV18 08077-RSWL-JEMx<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE CASE UNDER SEAL** |

This matter came before the Court on Plaintiff EMCORE Corporation's Application to File Case Under Seal.

For good cause shown, IT IS HEREBY ORDERED that the above-captioned case, comprised of the following documents, is to be filed under seal pursuant to Local Rule 79-5.2.1(a).ii:

1. Complaint for Declaratory Judgment with Exhibits 1 and 2

2. Civil Cover Sheet

-1-

106040895_1

3. Plaintiff's Corporate Disclosure Statement

4. Certification and Notice of Interested Parties

5. Report on the Filing or Determination of an Action Regarding a Patent or Trademark

6. Summons in a Civil Action.

DATED: 9/26/18

**DENIED**
BY ORDER OF THE COURT

_____
District Court Judge

-2-

106040895_1