**ART HASAN, CA Bar No. 167323**
AHasan@lrrc.com
**KATHERINE L. QUIGLEY**
KQuigley@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
**655 N. Central Avenue, Suite 2300**
**Glendale, California 91203-1445**
**Telephone: (626) 795-9900**
**Facsimile: (626) 577-8800**

**D. STUART BARTOW, CA Bar No. 233107**
SBartow@lrrc.com
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
4300 Bohannon Drive, Suite 230
Menlo Park, California 94025
Telephone: (650) 687-8443
Facsimile: (650) 391-1395

Attorneys for Plaintiff, EMCORE Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMCORE CORPORATION, a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHOENIX NAVIGATION COMPONENTS, LLC, a Massachusetts Limited Liability Company,<br><br>Defendant. | Case No. 2:18-cv-08077-AB-JEM<br><br>**RENEWED APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hon. André Birotte Jr. |

## I. BACKGROUND

On September 18, 2018, Plaintiff EMCORE Corporation ("EMCORE") filed an Application to File Case Under Seal (Dkt. 1) with respect to its Complaint for Declaratory Judgment (hereafter "the Complaint"), which was comprised of the following documents.

1. Complaint for Declaratory Judgment with Exhibits 1 and 2
2. Civil Cover Sheet
3. Plaintiff's Corporate Disclosure Statement
4. Certification and Notice of Interested Parties
5. Report on the Filing or Determination of an Action Regarding a Patent or Trademark
6. Summons in a Civil Action.

On September 26, 2018 the Court issued an Order denying the Application (Dkts. 5 and 6).

Plaintiff respectfully submits this renewed application in an effort to file only select portions of the Complaint for Declaratory Judgment under seal.

## II. SPECIFIC PORTIONS TO BE SEALED

Plaintiff's Complaint contains information that Defendant, Phoenix Navigation Components, LLC ("Phoenix"), has alleged is highly confidential and proprietary, and subject to a confidentiality agreement between the parties. Specifically, the information contained in Paragraphs 16-17 on page 5 of the Complaint, including the figure shown with Paragraph 17 on page 6, of the Complaint described as "EMP-1 (Proto FOG) Design Review", and all references thereto, are alleged to be highly confidential and proprietary by Phoenix. Further, the Complaint references and incorporates as Exhibit 2, a pleading from a private arbitration proceeding between the parties, the subject matter of which Defendant alleges centers around its highly confidential trade secrets. Defendant has designated the pleading filed in the arbitration "HIGHLY CONFIDENTIAL."

EMCORE understands that to seal portions of a complaint, the "compelling reasons" test articulated in *Kamakana v. Cnty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) must be satisfied. Compelling reasons to seal may include the potential release of alleged trade secrets and/or similar allegedly confidential and proprietary information. *See In re Midland Nat. Life Ins. Co. Annuity Sales*

*Practices Litig.*, 686 F.3d 1115, 1120 (9th Cir. 2012). Other courts have similar sealed similar allegedly proprietary and sensitive records submitted confidentially in private arbitration. See, e.g., *Dorman v. Charles Schwab & Co.*, No. 17-cv-00285, 2018 WL 467357 (N.D. Cal. Jan. 18, 2018) (sealing portion of motion to compel arbitration under the "compelling reasons" standard, on the basis of alleged sensitive proprietary information).

Accordingly, EMCORE submits this renewed Application to seal these specific portions of the Complaint and has minimally redacted these documents to prevent the public disclosure of Defendant's alleged highly confidential and proprietary information. EMCORE further requests that the Complaint for Declaratory Judgment with Exhibits 1 and 2 (Dkt. 8) be replaced with the redacted versions submitted concurrently herewith.

As explained more fully in the Hasan Declaration filed concurrently herewith, each of the above-described redacted portions of these documents contains Defendant's allegedly highly confidential and proprietary information. Defendant's designation of this information as highly confidential and proprietary suggests Defendant's view that its release may harm Defendant's competitive standing in the marketplace, as it could be used by one of Defendant's competitors if publicly disclosed and EMCORE does not wish to have published any information that may be considered highly confidential by either party.

### III. CONCLUSION

EMCORE respectfully requests that the unredacted versions of the Complaint, lodged conditionally under seal, be filed under seal.

DATED: September 26, 2018

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By  */s/ Art Hasan*
    Art Hasan

Attorneys for Plaintiff,
EMCORE Corporation

**CERTIFICATE OF SERVICE**

I certify that on September 26, 2018, pursuant to Federal Rules of Civil Procedure, a true and correct copy of the foregoing document described as **RENEWED APPLICATION TO FILE DOCUMENTS UNDER SEAL** was served on the parties in this action by U.S. Mail addressed as follows:

PHOENIX NAVIGATION COMPONENTS, LLC, a Massachusetts Limited Liability Company
c/o CHRISTOPHER I. REYNOLDS
7 ALMA Road
Walpole, Massachusetts 02081

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on September 26, 2018 at Los Angeles, California.


/s/ Stacey Dawson
Stacey Dawson

106139759_2