NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMCORE CORPORATION, a New Jersey Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PHOENIX NAVIGATION COMPONENTS, LLC, a Massachusetts Limited Liability Company,<br><br>Defendant. | Case No.  2:18-cv-08077-AB-JEM<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL<br><br>Hon. André Birotte Jr. |

This matter came before the Court on Plaintiff EMCORE Corporation's Renewed Application to File Documents Under Seal.

IT IS HEREBY ORDERED that the portions of the following unredacted documents are to be filed under seal pursuant to Local Rule 79-5:

| Description | Portions to be Sealed |
|---|---|
| Complaint for Declaratory Judgment | Pg. 5, Paragraphs 16-17 and Pg. 6 |
| Exhibit 2 to Complaint for Declaratory Judgment | Entire Document, Pages 1-45 |

The above shall constitute the operative pleading.

IT IS FURTHER ORDERED that Dkt. No. 8 is SEALED and STRICKEN.

DATED:  October 09, 2018

Andre Birotte, Jr.
United States District Judge